Medera v Donacien (2025 NY Slip Op 01213)

Medera v Donacien

2025 NY Slip Op 01213

Decided on March 5, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 5, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
LINDA CHRISTOPHER
DEBORAH A. DOWLING
LAURENCE L. LOVE, JJ.

2023-10858
 (Index No. 701723/18)

[*1]Amanda Medera, respondent, 
v
Donald Donacien, defendant third-party plaintiff-appellant; Charles Amner, et al., third-party defendants.

James F. Butler, Jericho, NY (Marcella Gerbasi Crewe of counsel), for defendant third-party plaintiff-appellant.
Baker, McEvoy & Moskovits (Marjorie E. Bornes, Freeport, NY, of counsel), for third-party defendants.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Pam B. Jackman Brown, J.), entered October 23, 2023. The order, insofar as appealed from, failed to determine the defendant's motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102(d) as a result of the subject accident.
ORDERED that the appeal is dismissed, without costs or disbursements.
We do not reach the defendant's arguments regarding his motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102(d) as a result of the subject accident. The motion was not addressed in the order appealed from and, therefore, remains pending and undecided (see Braithwaite v City of New York, 220 AD3d 834, 835; Katz v Katz, 68 AD2d 536, 543). Accordingly, we dismiss the appeal.
GENOVESI, J.P., CHRISTOPHER, DOWLING and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court